# UNITED STATES DISTRICT COURT
for the
District of South Carolina

|  |  |
|---|---|
| Allen Charron Williams, Jr. | ) |
| *Plaintiff* | ) |
| v. | ) |
| David Philbeck | ) |
| *Defendant* | ) |

Civil Action No.  4:18-cv-2599-DCC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■  other This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:  August 19, 2019

*CLERK OF COURT*

s/Debbie Stokes
_____
*Signature of Clerk or Deputy Clerk*